**Order entered March 5, 2020**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00613-CV

**ENVISION REALTY GROUP, LLC AND JACKSON POTTER, AND THEIR ATTORNEY DAVID J. POTTER, Appellants**

**V.**

**CHUAN C. CHEN, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-16534-G**

### ORDER

Before the Court is appellants' Motion to Strike Portions of Appellee's Statement of Facts. We **DENY** the motion.

/s/     ERIN A. NOWELL
JUSTICE